UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTURO R. REYES,<br><br>            Plaintiff,<br><br>    v.<br><br>DOUG JOHNSON, SUSAN GERMAN, AND PIERCE COUNTY,<br><br>            Defendants. | Case No.  C08-5070RJB/JKA<br><br>ORDER DISMISSING DEFENDANT GERMAN |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant Susan German is not a proper party to this action as she did not personally participate in any decision regarding plaintiff's telephone access.  This defendant is **DISMISSED WITH PREJUDICE**.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 2nd day of June, 2008.

                                        Robert J Bryan
                                        United States District Judge