# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARTURO R. REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>DOUG JOHNSON, SUSAN GERMAN, AND PIERCE COUNTY,<br><br>        Defendants. | Case No.  C08-5070RJB/JKA<br><br>ORDER GRANTING PIERCE COUNTY AND DOUG JOHNSON'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 24), and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation (Dkt. 24).

    (2)    For the reasons set forth in the Report and Recommendation, Pierce County and Doug Johnson's motion for summary judgment (Dkt. 19) is **GRANTED**.

    (3)    This action is **DISMISSED WITH PREJUDICE**.

    (4)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 9th day of June, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge